| | |
|---|---|
| **NAME** Matthew Skinner, # 02986-510 ~~NO FEE~~ | **FILED** CLERK, U.S. DISTRICT COURT<br><br>NOV 2 7 2023<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY ~~ECG~~ DEPUTY |
| **PRISON IDENTIFICATION/BOOKING NO.** Federal Correctional Institution ~~Terminal Island~~<br>ADDRESS OR PLACE OF CONFINEMENT<br>P.O. Box 3007, San Pedro, CA 90733 | |
| Note: If represented by an attorney, provide name, address & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.* | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>Matthew Skinner<br>FULL NAME OF MOVANT<br>(Include name under which you were convicted)<br><br>                          Petitioner. | CASE NUMBER:<br>CV 2:23-CV-10020-PA<br>To be supplied by the Clerk of the United States District Court<br><br>CR 2:22-cr-00183-PA<br>Criminal case under which sentence was imposed.<br><br>**MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**<br>**28 U.S.C § 2255** |

### INSTRUCTIONS - READ CAREFULLY

This motion must be legibly handwritten or typewritten and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any questions use reverse side of sheet.

Additional pages are not permitted. No citation or authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

Upon receipt, your motion will be filed if it is in proper order. **NO FEE** is required with this motion

If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in a different districts, you must file separate motions as to each judgment.

Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

When the motion is fully completed, the original and three (3) copies must be mailed to the Clerk of the United States District Court, whose address is 312 North Spring Street, Los Angeles, California 90012.

## MOTION

1. Name and location of court which entered judgment of conviction under attack: Central District of California; Los Angeles

2. Date of judgment of conviction: November 21, 2022

3. Length of sentence: 77 months imprisonment    Sentencing judge: Percy Anderson

4. Nature of offense or offenses for which you were convicted: Securities Fraud, 15 U.S.C. §§ 78j(b), 78ff and C.F.E § 240.10b-5

5. What was your plea? (check one)

   ☐ Not guilty
   ☒ Guilty
   ☐ Nolo Contendere

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. Kind of trial: (check one)

   ☐ Jury
   ☐ Judge only

7. Did you testify at the trial?

   ☐ Yes    ☐ No

8. Did you appeal from the judgment of conviction?

   ☐ Yes    ☒ No

9. If you did appeal, answer the following:
   (a) Name of court ___N/A___
   (b) Result _____
   
   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?

    ☐ Yes   ☒ No

11. If your answer to question number 10 was "yes", give the following information:
    (a) (1) Name of Court ___N/A___
        (2) Nature of proceeding _____
        
        (3) Grounds raised _____
        
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            ☐ Yes   ☐ No
        (5) Result _____
        
        (6) Date of result _____
    (b) (1) Name of Court _____
        (2) Nature of proceeding _____
        
        (3) Grounds raised _____
        
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            ☐ Yes   ☐ No
        (5) Result _____
        
        (6) Date of result _____
    (c) (1) Name of Court _____
        (2) Nature of proceeding _____
        
        (3) Grounds raised _____
        
        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            ☐ Yes   ☐ No

(5) Result _____

_____

(6) Date of result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the results of action taken on any petition, application or motion?

   (1) First petition, etc.   ☐ Yes   ☐ No

   (2) Second petition, etc. ☐ Yes   ☐ No

   (3) Third petition, etc.   ☐ Yes   ☐ No

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
N/A - This is my first Petition/Application/Motion

_____

_____

_____

_____

_____

12. State concisely every ground on which you claim that you are being held unlawfully.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date. For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you selected one or more of these grounds for relief, you must allege facts in support of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: __Ineffective Assistance of Counsel__

Supporting facts (tell your story briefly without citing cases or law): __My attorney failed to file a notice of appeal even though I specifically requested he do so. See Additional information in the Memorandum of Points and Authorities attached hereto.__

B. Ground two: ____

Supporting facts (tell your story briefly without citing cases or law): ____

C. Ground three: ____

Supporting facts (tell your story briefly without citing cases or law): ____

D. Ground four: ____

Supporting facts (tell your story briefly without citing cases or law): ____

13. If any of the grounds listed in 12 A, B, C and D were not previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them: __I have asked my attorney to file an appeal of my sentence. For the last 11 months he has promised me the transcript so I can pursue whatever remedies I think I have, and has not provided anything.__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    ☐ Yes    ☒ No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attached herein:

    (a) At a preliminary hearing: N/A

    (b) At arraignment and plea: Robert M. Helfend, 23838 Pacific Coase Hwy No. 309, Malibu, CA

    (c) At trial:

    (d) At sentencing: See Above.

    (e) On appeal:

    (f) In any post-conviction proceeding:

    (g) On appeal from any adverse ruling in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at approximately the same time?

    ☐ Yes   ☒ No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    ☐ Yes   ☒ No

    (a) If so, give the name and location of the court which imposed sentence to be served in the future:

    (b) Give the date and length of sentence to be served in the future:

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed sentence to be served in the future?

    ☐ Yes   ☐ No

WHEREFORE, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  11/13/23
              *Date*

_____
*Signature of Movant*

## PROOF OF SERVICE

I, Sagi Schwartzberg, declare that I am a resident of the State of California via my incarceration at the Federal Correctional Institution Terminal Island, am over the age of eighteen years, and not a party to the within action. My address is Federal Correctional Institution, Terminal Island, P.O. Box 3007 San Pedro, CA 90733.

On 11/15/23, I served the following document(s):
- Motion to Vacate (28 USC 2255) and points & Authorities
- Declaration of Matthew Skinner
- Declaration of Christian Skinner

On the parties listed below as follows:

United States Attorneys office
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

By First Class Mail by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid and placing the envelope in the prison's daily mail box for mailing in the United States Mail.

I declare under the penalty of perjury under the laws of the State Of California that the foregoing is true and correct.

Executed on 11/15/23, at San Pedro, California.

Name: Sagi Schwartzberg
Reg. No.: 50999-509



