JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SKINNER,<br><br>    Petitioner-Defendant,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent-Plaintiff. | No.  CV 23-10020 PA<br>       CR 22-00183 PA<br><br>JUDGMENT |

    Pursuant to the Court's October 31, 2024 Order denying the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 filed by petitioner Matthew Skinner ("Petitioner"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion is denied and this action is dismissed with prejudice.

DATED: October 31, 2024

                                                     Percy Anderson
                                  UNITED STATES DISTRICT JUDGE